```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                               :
JENISA ANGELES                                 :
                            Plaintiff,    :
                                                               :      1:20-cv-8809-GHW
         -v -                                    :
                                                                :
MEXGROCER.COM, LLC,              :
                            Defendant.   :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than January 19, 2021.  Dkt. No. 5.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith.  Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated:  January 24, 2021

                                                                                            GREGORY H. WOODS
                                                                                  United States District Judge