USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    JENISA ANGELES

                        Plaintiff,

                                          1:20-cv-8809-GHW

          -v -

MEXGROCER.COM, LLC,

                       Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 25, 2021, Plaintiff filed a stipulation dismissing this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. No. 9. Accordingly, the conference scheduled for January 26, 2021 is adjourned *sine die*.

SO ORDERED.

Dated: January 26, 2021

                                                                             GREGORY H. WOODS
                                                            United States District Judge