```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
JENISA ANGELES,                                                  :
                                                                 :
                              Plaintiff,                         :     1:20-cv-8809-GHW
                                                                 :
              -v -                                               :     ORDER
                                                                 :
MEXGROCER.COM, LLC,                                              :
                                                                 :
                              Defendant.                         :
                                                                 :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On January 25, 2021, Plaintiff voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i).  Dkt. No. 9.  The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: September 5, 2021
       New York, New York

                                                    GREGORY H. WOODS
                                           United States District Judge